# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

      **vs.**                    **No. 4:08CR00371 GTE**

**TONY RAY CATES**

## ORDER AND JUDGMENT

Pending before the Court are the Petitions to Revoke Supervised Release filed by the Government on April 26, 2011 and May 31, 2011.  A hearing was held on June 16, 2011, before the Hon. Garnett Thomas Eisele at which the Defendant, Tony Ray Cates and his attorney, Omar Greene, appeared, along with Assistant United States Attorney, Jana Harris and U.S. Probation Officer Dwayne Ricks.  The Defendant, Tony Ray Cates, admitted to part of the violations set forth in the Violation Memorandum and in the Petitions to Revoke.   For good cause shown, the Petition to Revoke Supervised Release should be GRANTED.

IT IS THEREFORE ORDERED, that the Petitions to Revoke Supervised Release, be and they are hereby, GRANTED.   [Doc. Nos. 12 and 15]   The Court imposes a sentence of THIRTEEN (13) MONTHS in the Bureau of Prisons with no term of Supervised Release to follow.  During incarceration the Court recommends that the Defendant participate in residential or non-residential substance abuse treatment and educational and vocational programs.

All general and standard conditions previously imposed in Defendant's original sentence, along with his fine of $1,480.00 remain in full force and effect.

IT IS SO ORDERED, this 17th day of June, 2011.

   /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE